# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sutton, Jeffrey S. | Sixth Circuit Court of Appeals | 09/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

85 Marconi Boulevard
Columbus, OH 43215

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty | The Ohio State University College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | Ohio Public Employee's Retirement System; vested retirement account. |
| 2. 1997 | Ohio State Teacher's Retirement System; vested retirement account. |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | The Ohio State University College of Law | $28,440.00 |
| 2. 2019 | Penguin Random House | $20,000.00 |
| 3. 2019 | Oxford University Press | $3,232.00 |
| 4. 2019 | West | $695.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | The Columbus Academy - teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 1/7-16/19 & 1/21-22/19 | Cambridge, MA | Teach course at Harvard Law School. | Transportation, Meals, Room |
| 2. | The American Law Institute | 1/17-18/19 | Philadelphia, PA | Participate in event. | Transportation, Meals, Room |
| 3. | The Federalist Society | 1/24-25/19 | Cedar Rapids, IA | Participate in event. | Transportation, Meals, Room |
| 4. | Dartmouth College | 1/31/19 | Washington, DC | Participate in event. | Transportation, Meals, Room |
| 5. | The Federalist Society | 2/6-7/19 | Houston, TX | Participate in event. | Transportation, Meals, Room |
| 6. | The Federalist Society | 2/20-21/19 | New York, NY | Participate in event. | Transportation, Meals, Room |
| 7. | University of Illinois | 2/25-26/19 | Champaign, IL | Participate in event. | Transportation, Meals, Room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sutton, Jeffrey S.** | 09/03/2020 |

| | | | | |
|---|---|---|---|---|
| 8. Washington University | 2/26-27/19 | St. Louis, MO | Participate in event. | Transportation, Meals, Room |
| 9. University of Notre Dame | 2/28/19 - 3/1/19 | Notre Dame, IN | Participate in event. | Transportation, Meals, Room |
| 10. The Federalist Society | 3/14-15/19 | Tallahassee, FL | Participate in event. | Transportation, Meals, Room |
| 11. The Federalist Society | 4/3/19 | Chapel Hill & Raleigh, NC | Participate in multiple events. | Transportation, Meals, Room |
| 12. University of Illinois College of Law | 4/12-13/19 | Champaign, IL | Participate in event. | Transportation, Meals, Room |
| 13. Judicial Council of California, CJER | 4/16-17/19 | San Francisco, CA | Participate in event. | Transportation, Meals, Room |
| 14. The Federalist Society | 4/24-25/19 | Seattle, WA | Participate in event. | Transportation, Meals, Room |
| 15. Oregon State Bar Association | 4/25-26/19 | Portland, OR | Participate in event. | Transportation, Meals, Room |
| 16. Connecticut Bar Association | 5/9-10/19 | Hartford, CT | Participate in event. | Transportation, Meals, Room |
| 17. New Mexico Judicial Education Center | 5/13-14/19 | Albuquerque, NM | Participate in event. | Transportation, Meals, Room |
| 18. Utah Appellate Courts | 5/14-16/19 | Salt Lake City, UT | Participate in events. | Transportation, Meals, Room |
| 19. The American Law Institute | 5/19-21/19 | Washington, DC | Participate in event. | Transportation, Meals, Room |
| 20. Maryland Judicial Conference | 5/23/19 | Annapolis, MD | Participate in event. | Transportation, Meals, Room |
| 21. New Mexico Judicial Education Center | 6/5-6/19 | Albuquerque, NM | Participate in events. | Transportation, Meals, Room |
| 22. American Constitution Society | 6/7/19 | Washington, DC | Participate in events. | Transportation, Meals, Room |
| 23. New York Judicial Institute | 7/8-9/19 | Wading River, NY | Participate in event. | Transportation, Meals, Room |
| 24. National Association of Attorneys General Training & Research Institute | 7/11-12/19 | Washington, DC | Participate in event. | Transportation, Meals, Room |
| 25. New York University | 7/14-19/19 | New York, NY | Participate in event. | Transportation, Meals, Room |
| 26. National Association of Appellate Court Attorneys | 7/23-24/19 | San Diego, CA | Participate in event. | Transportation, Meals, Room |
| 27. Practicing Law Institute | 7/31/19 - 8/1/19 | New York, NY | Participate in events. | Transportation, Meals, Room |
| 28. The Federalist Society | 8/13-14/19 | Sacramento, CA | Participate in event. | Transportation, Meals, Room |
| 29. West Virginia College of Law | 9/17-18/19 | Morgantown, WV | Participate in event. | Transportation, Meals, Room |
| 30. The Federalist Society | 9/19/19 | Washington, DC | Participate in event. | Transportation, Meals, Room |
| 31. Brigham Young University | 9/25-26/19 | Salt Lake City, UT | Participate in event. | Transportation, Meals, Room |
| 32. University of Buffalo School of Law | 10/1-2/19 | Buffalo, NY | Participate in event. | Transportation, Meals, Room |
| 33. Regent University School of Law | 10/4-5/19 | Virginia Beach, VA | Participate in event. | Transportation, Meals, Room |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Sutton, Jeffrey S.** | 09/03/2020 |

| 34. | University of Nevada, Las Vegas | 10/9-10/19 | Las Vegas, NV | Participate in event. | Transportation, Meals, Room |
|---|---|---|---|---|---|
| 35. | National Center for State Courts | 10/15-16/19 | Denver, CO | Participate in event. | Transportation, Meals, Room |
| 36. | The American Law Institute | 10/16-18/19 | New York, NY | Participate in event. | Transportation, Meals, Room |
| 37. | The Federalist Society | 11/14-15/19 | Washington, DC | Participate in event. | Transportation, Meals, Room |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sutton, Jeffrey S.** | 09/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Chase checking account | A | Interest | J | T | | | | | |
| 2. Fidelity Investment Grade Bond Fund (IRA) | A | Interest | J | T | | | | | |
| 3. Fidelity Cash Reserves Mutual Fund (IRA) | A | Interest | K | T | | | | | |
| 4. Fidelity Select Health Care Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 5. Fidelity Spartan 500 Index Mutual Fund (IRA) | A | Dividend | L | T | | | | | |
| 6. Fidelity Strategic Bond Fund (IRA) | A | Interest | J | T | | | | | |
| 7. Fidelity Magellan Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 8. Fidelity Overseas Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 9. Vanguard Money Market Fund | A | Interest | L | T | | | | | |
| 10. Vanguard S&P 500 Index Fund (IRA) | B | Dividend | M | T | | | | | |
| 11. TIAA Traditional | A | Dividend | K | T | | | | | |
| 12. CREF Stock R1 | A | Dividend | M | T | | | | | |
| 13. TIAA Real Estate | A | Dividend | J | T | | | | | |
| 14. CREF Bond R1 | A | Dividend | J | T | | | | | |
| 15. T Rowe Price 2025 Fund Class R | A | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S. | 09/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jeffrey S. Sutton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544